FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY -8 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:19CR 00212 JM |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(D) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| KESHAWN BOYKINS | ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, for the safety of law enforcement agents who will attempt to execute the arrest warrant and to guard against the risk of flight, the United States requests that the above-styled Indictment be sealed until the Defendant is in custody or has been released pending trial.

CODY HILAND
UNITED STATES ATTORNEY

_____
KRISTIN H BRYANT
AR Bar # 2009156
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Kristin.Bryant@usdoj.gov

## ORDER

Pursuant to the above request, the Indictment in this matter shall be sealed until the Defendant is in custody or has appeared and been released pending trial.

5/08/19
DATE

_____
UNITED STATE MAGISTRATE JUDGE

1