FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 8 2019

JAMES W. McCORMACK, CLERK
By: _____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  4:19CR 00212 JM |
| vs. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(D) |
| KESHAWN BOYKINS | ) | 21 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 19, 2018, in the Eastern District of Arkansas, the defendant,

KESHAWN BOYKINS,

knowingly and intentionally possessed with intent to distribute less than 50 kilograms of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT TWO

On or about November 19, 2018, in the Eastern District of Arkansas, the defendant,

KESHAWN BOYKINS,

knowingly and intentionally possessed a firearm, that is: a Taurus 9mm pistol, bearing serial number TJZ02211, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count 1 of this Indictment, the defendant, KESHAWN BOYKINS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count 1 of this Indictment, the defendant, KESHAWN BOYKINS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of Count 1 or 2 of this Indictment, the defendant, KESHAWN BOYKINS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense