IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs                               4:19-CR-00212-1-JM

KESHAWN BOYKINS,

    Defendant.

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant Keshawn Boykins, concerning their financial ability to employ counsel, Keshawn Boykins is entitled to counsel, but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that Jennifer Brooks Wiggins is appointed to represent Keshawn Boykins in all further proceedings.

IT IS SO ORDERED this date of 5/15/2019.

/s/ J Thomas Ray

UNITED STATES MAGISTRATE JUDGE