MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): ____ 10 min

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.                                      Case No.: 4:19CR00212-01 JM

Keshawn Boykins

| |
|---|
| **FILED** |
| U.S. DISTRICT COURT |
| EASTERN DISTRICT ARKANSAS |
| May 15, 2019 |
| JAMES W. McCORMACK. CLERK |
| By: Forrest Dunn, D.C. |
| DEP CLERK |

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 5/15/2019                    Deft is ✓ is not ____ in custody
Continued Until: _____        _____ Deft did not appear
Reason for continuance _____       _____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney :   **Kristin H. Bryant**
Defense Counsel: ___ J. Brooks Wiggins ___                to be
Interpreter's Name: _____                (Appointed / Retained)

### PLEA

TRIAL BEFORE DISTRICT COURT              CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ___✓___                       Not Guilty _____
Guilty (indicates desire) _____         Guilty _____
Nolo Contendere (desire) _____          Nolo Contendere _____

___✓___ Demands Trial by Jury            _____ Waives Jury Trial
                                         Deft agrees _____
                                         Govt agrees _____

### BAIL

Bail Set at: OR   By: JTR   Date: 5/15/19

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **6/17/2019 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 5/15/2019              SO ORDERED: _____
                                         U. S. MAGISTRATE JUDGE