# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2019

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

United States of America

v.

Keshawn Boykins

*Defendant*

Case No.: 4:19CR00212-01 JM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Keshawn Boykins**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **21 USC 841: PWID Marijuana, 18 USC 924: Possession of a firearm in furtherance, as further explained in the attached documents.**

Date: May 9, 2019

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* **5-13-19**, and the person was arrested on *(date)* **5-15-19**
at *(city and state)* **Little Rock, AR**

Date: **5-15-19**

_____
*Arresting officer's signature*

**Daniel J. Turner, SA**
*Printed name and title*