UNITED STATES DISTRICT COURT
EASTERN DISRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| VS. | } | |
| KESHAWN BOYKINS | } | CASE NO.: 4:19CR00212-01 |

MOTION TO CONTINUE

COMES NOW, the Defendant, through appointed counsel, and for his Motion to Continue, states:

1. This matter is set for trial June 17, 2019 at 9:00 a.m.

2. Discovery has not been concluded in this matter, and more time is necessary for counsel to prepare for trial.

3. The Assistant United States Attorney, Kristin Bryant, has no objection to a continuance of this matter.

4. Any time is excludable under the Speedy Trial Act against the Defendant.

WHEREFORE, the Defendant moves the Court to Continue the trial currently scheduled for June 17, 2019, and for all other relief in which he is entitled.

Respectfully Submitted,

_____Brooks Wiggins_____
Brooks Wiggins, #2003080
Attorney at Law
119 South Market Street
Benton, AR 72015
(501) 244-2244
(510) 421-6274 FAX
brooks@jbwiggins.com