# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    NO. 4:19-cr-00212-JM-01

KESHAWN BOYKINS                                                                      DEFENDANT

## ORDER

The defendant's motion to modify conditions of release (Docket No. 14) is hereby referred to United States Magistrate Judge J. Thomas Ray, who set the defendant's conditions of release on May 15, 2019.

IT IS SO ORDERED this 17th day of December, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE