**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                 **4:19-CR-00212-JM**

**KESHAWN BOYKINS**

**ORDER**

Pending before the Court is Defendant Keshawn Boykin's Motion to Modify Conditions of Pre-Trial Release.  *Doc. 14*.  The Motion requests the removal of the condition of location monitoring and for cause states only that this condition "interferes" with Mr. Boykins' ability to "actively engage" in his trade as a professional boxer.

The Motion fails to: (1) identify any specific professional opportunities that are being hindered by location monitoring; and (2) address why temporary removal of location monitoring on an as needed basis, instead of permanent removal, would not remedy any legitimate concerns.  Without this information, the Court is unable to grant the requested modification.

IT IS THEREFORE ORDERED THAT Defendant Keshawn Boykin's Motion to Modify, *Doc, 14*, is DENIED.

IT IS SO ORDERED this 18th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE