

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  4:19CR00212 JM |
| vs. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(D) |
| KESHAWN BOYKINS | ) | 21 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 2251(a) |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 19, 2018, in the Eastern District of Arkansas, the defendant,

KESHAWN BOYKINS,

knowingly and intentionally possessed with intent to distribute less than 50 kilograms of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT TWO

On or about November 19, 2018, in the Eastern District of Arkansas, the defendant,

KESHAWN BOYKINS,

knowingly and intentionally possessed a firearm, that is: a Taurus 9mm pistol, bearing serial number TJZ02211, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about October 12, 2018, in the Eastern District of Arkansas, the defendant,

KESHAWN BOYKINS,

did employ, use, persuade, induce, entice, and coerce a minor, T.M., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count 1 of this Indictment, the defendant, KESHAWN BOYKINS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count 1 of this Indictment, the defendant, KESHAWN BOYKINS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of Count 1 or 2 of this Indictment, the defendant, KESHAWN BOYKINS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION FOUR

Upon conviction of the count charged in Count 3 of this Indictment, the defendant, KESHAWN BOYKINS, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.