MJStar Reporting:INITIAL APPEARANCE, Length of Hearing(minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): __2__

10:50 -10:52

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.                              Case No.: 4:19CR00212-01 JM

Keshawn Boykins

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 21 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 1/21/2020                 Deft is ___ is not _X_ in custody
Continued Until: _____             ___ Deft did not appear
Reason for continuance _____       ___ Clerk to issue warrant

**COUNSEL**

Alex Morgan on behalf of
Assistant U. S. Attorney: Kristin Bryant
Defense Counsel: J. Brooks Wiggins (previously appointed) (Appointed / Retained)
Interpreter's Name: _____

**PLEA**

TRIAL BEFORE DISTRICT COURT            CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty __X__                       Not Guilty _____
Guilty (indicates desire) _____       Guilty _____
Nolo Contendere (desire) _____        Nolo Contendere _____

__X__ Demands Trial by Jury            _____ Waives Jury Trial
                                       Deft agrees _____
                                       Govt agrees _____

**BAIL**

O/R previously set by
Bail Set at: Judge Ray  By: JTR       Date: 5/15/19

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **4 days**
Estimated Trial Date: **6/22/2020 @ 9:15 a.m.**, before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.

Other: _____

DATE: 1/21/2020           SO ORDERED: _____
                                       U. S. MAGISTRATE JUDGE