**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                            NO. 4:19-cr-00212-JM-01

KESHAWN BOYKINS                                                            DEFENDANT

**ORDER**

Pending before the Court is the government's motion for continuance of the jury trial currently scheduled for June 22, 2020. (Doc. No. 23) The motion recites that the defendant has no objection to the continuance.

The Court has considered the motion and finds that the interest of justice served by granting a continuance outweighs the best interest of the public and the defendant for a speedy trial and the issues herein are such that to deny the motion would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred on behalf of the defendant.

IT IS THEREFORE ORDERED that the motion for continuance be, and is hereby, GRANTED. (Doc. No. 23). Therefore, this matter is rescheduled for trial to a jury to commence at **9:15 a.m. on MONDAY, OCTOBER 26, 2020.** Counsel are to be present thirty minutes prior to trial.  Jury instructions should be electronically submitted to the Court by **October 16, 2020**, to jmchambers@ared.uscourts.gov.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A).

IT IS SO ORDERED this 4th day of May, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE