IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA** }

**V** } **CASE NO. 4:19CR212 JM**

**KESHAWN BOYKINS** }

## MOTION TO CONTINUE

Comes now, the Defendant, by and through his attorney, Brooks Wiggins, and for his Motion to Continue, states:

1. Counsel was appointed to represent the Defendant on or about May 15, 2019. This matter is set for Jury Trial on October 26, 2020 at 9: 15 a.m.

2. Counsel has received discovery from the United states but has not had an opportunity to discuss the same with the Defendant. Ad such cannot be adequately prepared for trial by October 26, 2020.

3. The Assistant United States Attorney, Kristin Bryant, has no objection to a continuance of this matter.

4. Speedy trial time should be tolled against the Defendant.

WHEREFORE, the Defendant, through counsel, moves the Court to Continue this matter, and for all other relief in which he is entitled.

Respectfully Submitted,

  Brooks Wiggins  
Brooks Wiggins, #2003080
Attorney at Law
111 South Main Street
Benton, AR 72015
(501) 244-2244
(501) 421-6274 FAX
brooks@jbwiggins.com