# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                    **No. 4:19-cr-00212-01 JM**

**KESHAWN BOYKINS**                                                             **DEFENDANT**

## **ORDER OF REFERRAL**

The government's motion for revocation of defendant KESHAWN BOYKINS pretrial bond is hereby referred to United States Magistrate Judge J. Thomas Ray, who set defendant's current conditions of release on May 15, 2019. (Docket entry # 27.)

IT IS SO ORDERED this 16th day of November, 2020.

                                                        AT THE DIRECTION OF THE COURT
                                                        JAMES W. McCORMACK, CLERK

                                                        By:  Kacie Glenn
                                                               Courtroom Deputy