UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:19-CR-212 JM

KEYSHAWN BOYKINS

## ORDER

Pending before the Court are the Government's Motions for Summons, Motions to Revoke (*D.E. 27*). The Government requests the Court to issue a summons for revocation of pretrial release.

For good cause shown, the Government's request for summons is GRANTED. The Clerk is directed to issue summons to Defendant Keyshawn Boykins for appearance at a hearing, before United States Magistrate Judge J. Thomas Ray on December 8, 2020 at 3:00 p.m. on the Government's Motions to Revoke.

IT IS SO ORDERED this 30th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE