UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 30, 2020
JAMES W. McCORMACK, CLERK
By: CrystalNewton D.C.
DEP CLERK

UNITED STATE OF AMERICA

VS.                    CASE NO. 4:19-CR-212 JM

KEYSHAWN BOYKINS

### SEALED ORDER

Pending before the Court is the Government's Motion for Arrest Warrant (*D.E. 31*). For good cause shown, the Motion is GRANTED.

The Clerk is directed to issue a warrant for the arrest of Defendant Keyshawn Boykins and forward it to the United States Marshal. After Defendant's arrest, a revocation hearing will be scheduled so that Defendant may show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 30th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE