**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| United States of America | Plaintiff |
| v.   Case No.: 4:19–cr–00212–JM | |
| Keshawn Boykins | Defendant |

# NOTICE OF VIDEO HEARING

    PLEASE take notice that a Motion Hearing regarding Motion for Summons(#27) SEALED Motion for Warrant(#31), has been set by videoconference in this case for January 7, 2021, at 10:00 AM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:**  January 5, 2021   AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

**By:**  LaShawn M Coleman, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas