AO 442 (Rev. 01/09) Arrest Warrant

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 5 2021

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

United States of America

v.

Keshawn Boykins

*Defendant*

Case No.   4:19CR00212-01 JM

2020 DEC 30 AM 9:55 Received
U.S. Marshal Eastern Arkansas

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Keshawn Boykins,**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

**Violation of conditions of release**, as further explained in the attached documents.

Date:   December 30, 2020

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)*  12/30/2020 , and the person was arrested on *(date)*  12/30/2020
at *(city and state)*   LR, AR

Date:  1/4/2020

_____
*Arresting officer's signature*

Dillon Nichols   DUSM
*Printed name and title*