**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                   Case No. 4:19-cr-00212-JM-1

KESHAWN BOYKINS                                                           DEFENDANT

**ORDER OF TEMPORARY DETENTION AND**
**MODIFYING CONDITIONS OF RELEASE**

Defendant appeared today with counsel on a Motion to Revoke and Superceding

Motion to Revoke (Doc. Nos. 27, 31). The petition to revoke is lengthy and rivals any list of

allegations this Court has ever seen. After hearing the testimony and argument of the parties,

the Court finds Defendant has violated the terms and conditions of release.

Probation has changed Defendant's location monitoring equipment several times to

address the issue of Defendant being out of range.  Whether for mere minutes or up to seven

hours as alleged in the petition, being out of range of location monitoring is a violation of

Defendant's conditions of release., and yet Defendant continued to be out of range on

numerous occasions after modification.  Several of these times, Defendant appeared out of

range multiple times in one day, and even found himself at the casino in Hot Springs on

Christmas Eve.  Defendant also admitted to acquiring an Arkansas medial marijuana card

after being placed on conditions of release that specifically outlined he was not to use or

unlawfully possess a narcotic drug or other controlled substance.  Marijuana remains a

controlled substance under federal law.

Rather than revoke at this time, the Court orders Defendant into thirty (30) days inpatient treatment followed by chemical-free living.  Defendant is ordered to surrender his Arkansas medical marijuana card, and his conditions of release are hereby modified to include the Adam Walsh  Child Protection and Safety Act provisions, including no unsupervised contact with minors and no internet use.  Further, Defendant is ordered detained until space in a treatment facility becomes available.  Defendant is required to have location monitoring while in treatment; thus, should those arrangements be unavailable, the parties are to contact the Court.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, where feasible.  Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED THIS 7th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE