IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                             NO. 4:19-cr-00212-JM-01

KESHAWN BOYKINS                                                  DEFENDANT

## ORDER

The Government's Motion to Revoke Defendant's Pretrial Release (Docket No. 42) is hereby referred to United States Magistrate Judge Jerome T. Kearney.

IT IS SO ORDERED this 22nd day of February, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE