## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| v. | Case No.: 4:19–cr–00212–JM |
| **Keshawn Boykins** | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Motion Hearing regarding Motion to Revoke (#42), has been set in this case for March 4, 2021, at 03:30 PM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** February 25, 2021

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

**By:** <u>LaShawn M Coleman, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas