# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                              Case No. 4:19-cr-00212-JM-1

KEYSHAWN BOYKINS                                                                        DEFENDANT

## ORDER

Defendant appeared today with counsel on the Government's Motion to Revoke. *Doc.* 42. The petition alleges that Defendant broke the rules at RCA by possessing a cell phone and left RCA residential treatment without his probation officer's permission.

Defendant admitted to the cell phone allegation but did not admit to leaving without permission.

The Government called Michael Umphenour, Defendant's Probation Officer. He testified that Defendant completed the thirty days of in-patient treatment, at which point he was supposed to move to the Williamsburg chemical-free living facility. However, he stated that an on-duty Probation Officer and the program director at RCA advised Defendant to remain at RCA since the Williamsburg facility was not admitting people during the snowstorm.

Defendant left the facility on February 15, 2021 to see if Williamsburg would admit him anyway. Williamsburg did not admit him, and instead of returning to RCA, Defendant went home.

After testimony and argument, the Court finds by clear and convincing evidence that Defendant violated the conditions of his release by possessing a phone at RCA and leaving the RCA facility after a Probation Officer told him not to. Further, the Court finds Defendant is unlikely to abide by any condition or combination of conditions of release that the Court can

fashion. Therefore, the court grants the Government's Motion to Revoke (*Doc.* 42) and Defendant is detained in the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 4th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE