IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                                         4:19CR212 JMM

KESHAWN BOYKINS                                             DEFENDANT

## MOTION TO BE RELIEVED AS COUNSEL

Come now Brooks Wiggins, Attorney for the Defendant, Keshawn Boykins, and states:

1. Counsel was appointed to represent the Defendant on or about May 5, 2019. The Defendant's jury trial is set for November 15, 2021.

2. Counsel moves the Court to relieve her as the attorney for Defendant and requests that new counsel be appointed.

3. Since the appointment, communication between Counsel and the Defendant has become an unresolvable issue. The Defendant does not abide by boundaries set by Counsel regarding appropriate communication.

WHEREFORE, Brooks Wiggins, Attorney for the Defendant moves the Court to relieve her as counsel of record in this matter and for all other relief in which she is entitled.

    Respectfully Submitted,

    ___Brooks Wiggins_____
    Brooks Wiggins, #2003080
    Attorney at Law
    111 South Main Street
    Benton, AR 72015
    (501) 244-2244
    (501) 421-6274 Fax
    brooks@jbwiggins.com