## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              NO. 4:19-cr-00212-JM-01

KESHAWN BOYKINS                                                 DEFENDANT

### ORDER

Before the Court is the Motion to Withdraw as Counsel of Record for defendant Keshawn

Boykins filed by Brooks Wiggins.   Good cause having been shown, the motion is GRANTED.

Doc. No. 52.

IT IS THEREFORE ORDERED that CJA Panel Attorney Mark Alan Jesse is hereby

appointed to represent defendant Keshawn Boykins in all further proceedings.   Brooks Wiggins

is relieved from any further representation of the defendant in this matter.

IT IS SO ORDERED this 9th day of March, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE