**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                         NO. 4:19-cr-00212-JM-01

KESHAWN BOYKINS                                                            DEFENDANT

## ORDER

The defendant's motion for detention hearing (Docket No. 54) is hereby referred to

United States Magistrate Judge Jerome T. Kearney.

IT IS SO ORDERED this 6th day of July, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE