# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:19-cr-00212-JM

KESHAWN BOYKINS                                                                              DEFENDANT

## ORDER

Pending before the Court is the defendant's motion for continuance of the jury trial scheduled for November 15, 2021. (Doc. No. 58).

The Court has fully considered the motion for continuance and finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant for a speedy trial in that the issues are such that to deny the motion would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that the motion for continuance be, and is hereby, GRANTED. (Doc. No. 58). Therefore, this matter is rescheduled for trial to a jury to begin at 9:15 a.m., on **MONDAY, MARCH 28, 2022,** in Courtroom #4A, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial.

Jury instructions should be electronically submitted to the Court by *March 17, 2022*, to **jmchambers@ared.uscourts.gov**.

IT IS FURTHER ORDERED that the delay occasioned by the continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated this 25th day of October, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE