## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**    Case No.: 4:19–cr–00212–JM | |
| **Keshawn Boykins** | **Defendant** |

## NOTICE OF VIDEO HEARING

    PLEASE take notice that a Arraignment (Video) has been set by videoconference in this case for January 13, 2022, at 02:30 PM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** January 13, 2022

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** LaShawn M Coleman, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas