MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): _2 mn_
ARRAIGNMENT, Length of Hearing (minutes): _2 mn_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.

Case No.: 4:19CR00212-01 JM

Keshawn Boykins

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 13 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 1/13/2022
Continued Until: _____
Reason for continuance _____

Deft is ____ is not ____ in custody
____ Deft did not appear
____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Kristin H. Bryant**
Defense Counsel: **Mark Alan Jesse**                (**Appointed** / Retained)
Interpreter's Name: _____

### PLEA

| TRIAL BEFORE DISTRICT COURT | CONSENTS TO TRIAL BEFORE MAGST. |
|---|---|
| Not Guilty **X** | Not Guilty _____ |
| Guilty (indicates desire) _____ | Guilty _____ |
| Nolo Contendere (desire) _____ | Nolo Contendere _____ |
| **X** Demands Trial by Jury | _____ Waives Jury Trial |
| | Deft agrees _____ |
| | Govt agrees _____ |

### BAIL

Bail Set at: _previously_ By: _____ Date: _____
_detained on 3/4/21 (Doc. No. 49)_

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **4 days**
Estimated Trial Date: **3/28/2022 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 1/13/2022**                **SO ORDERED:** _____
                                    U. S. MAGISTRATE JUDGE