FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 13 2022

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                          Case No. 4:19-cr-00212-JM-1

KESHAWN BOYKINS                                                 DEFENDANT

<u>**ORDER**</u>

Pursuant to the Due Process Protections Act, the Court confirms the United States'
obligation to disclose to the Defendant all exculpatory evidence—that is evidence that favors the
defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S.
83 (1963), and its progeny, and ORDERS the United States to do so. Failure to disclose
exculpatory evidence to the defense in a timely manner may result in consequences, including, but
not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt
proceedings, disciplinary action, or sanctions by the Court.

SO ORDERED this 13th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE