IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 4:19CR00212 JM |
| | ) | |
| KESHAWN BOYKINS | ) | |
| | ) | |

## UNITED STATES NOTICE OF ENTRY OF APPEARANCE

    The undersigned counsel for the United States hereby makes an entry of appearance in the above captioned matter.

    Respectfully submitted,

    JONATHAN D. ROSS
    UNITED STATES ATTORNEY

    By: BENECIA MOORE
    Bar. 2006050
    Assistant U.S. Attorney
    P.O. Box 1229
    Little Rock, AR 72203
    501-340-2600
    Benecia.Moore@usdoj.gov