FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 02 2022

TAMMY H. DOWNS, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  4:19CR00212 JM |
| vs. | ) | |
| | ) | |
| KESHAWN BOYKINS | ) | 18 U.S.C. § 2252(a)(2) |
| aka "Turbo Hefner" | ) | 18 U.S.C. § 1591(a) |
| | ) | 18 U.S.C. § 2251(a) |

## THIRD SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about December 1, 2017, through on or about November 19, 2018, in the Eastern District of Arkansas, and elsewhere, the defendant,

KESHAWN BOYKINS,
aka "Turbo Hefner,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, T.M., (1) knowing, and except where the act constituting the violation is advertising, in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act, and (2) having had a reasonable opportunity to observe the person, and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act..

All in violation of Title 18, United States Code, Section 1591(a).

## COUNT TWO

On or about September 25, 2018, in the Eastern District of Arkansas and elsewhere, the defendant,

KESHAWN BOYKINS,
aka "Turbo Hefner,"

did knowingly distribute any visual depiction using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE

Between on or about October 7, 2018, through on or about October 12, 2018, in the Eastern District of Arkansas, and elsewhere, the defendant,

KESHAWN BOYKINS,
aka "Turbo Hefner,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, H.E., knowing and, except where the act constituting the violation is advertising, in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

## COUNT FOUR

On or about October 12, 2018, in the Eastern District of Arkansas, the defendant,

KESHAWN BOYKINS,
aka "Turbo Hefner,"

did knowingly employ, use, persuade, induce, entice, and coerce a minor, T.M., with the intent

that the minor engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and knowing and having reason to know such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

## **FORFEITURE ALLEGATION ONE**

Upon conviction of the count charged in Count One, Two, Three, or Four of this Indictment, the defendant, KESHAWN BOYKINS, aka "Turbo Hefner," shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.