(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

v.

Case No.:   4:19-CR-212-JM

Keshawn Boykins
(USMS custody)

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse | 1C |
| 500 W Capitol Avenue | DATE AND TIME |
| Little Rock AR 72201 | **March 15, 2022 at 10:30 a.m.** |

TYPE OF PROCEEDING

**PLEA AND ARRAIGNMENT BY VIDEOCONFERENCE re [67] Third Superseding Indictment before the Honorable J. Thomas Ray, Chief U.S. Magistrate Judge.**

Rule 10 (b) of the Federal Rules of Criminal Procedure permits a defendant charged by indictment or misdemeanor information to waive appearance at arraignment with the advanced approval of the Court.  A completed waiver form must be filed with the Clerk's office seventy-two (72) hours prior to the scheduled arraignment date.  Copies of the Waiver of Appearance for Arraignment form should be submitted directly to the presiding Magistrate Judge, U.S. Attorney's Office and the U.S. Probation Office.  This form is available on the Court's website at www.are.uscourts.gov under "Information, Court Information, Court Forms, Criminal Forms, Waiver of Appearance for Arraignment and Entry of Plea of Not Guilty (purs. to F.R.Cr.P. 10 and 43.)"

NOTE:   Approval will generally be restricted to Superseding Indictments and extenuating circumstances.

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

TAMMY H. DOWNS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

Suzy Flippen
(BY) DEPUTY CLERK