MJStar Reporting:INITIAL APPEARANCE, Length of Hearing(minutes): ___ 7
ARRAIGNMENT, Length of Hearing (Minutes): ___

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

v.                                          Case No.: 4:19CR00212-01 JM

Keshawn Boykins

```
                                                          FILED
                                                     U.S. DISTRICT COURT
                                                 EASTERN DISTRICT ARKANSAS
                                                       Mar 15, 2022
                                                 Tammy H. Downs, Clerk
                                                 By: Forrest Dunn D.C.
                                                              DEP CLERK
```

### PLEA AND ARRAIGNMENT REPORT on 3rd Superseding Indictment

Plea Date: __3/15/2022__                 Deft is _✓_ is not ___ in custody
Continued Until: _____        ___ Deft did not appear
Reason for continuance _____          ___ Clerk to issue warrant

---

### COUNSEL

Assistant U. S. Attorney : ~~Kristin H. Bryant and B~~enecia Moore  previously
Defense Counsel: **Mark Alan Jesse** _____  (Appointed / Retained)
Interpreter's Name: _____

---

### PLEA

TRIAL BEFORE DISTRICT COURT              CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _✓_____           Not Guilty _____
Guilty (indicates desire)_____      Guilty _____
Nolo Contendere (desire)_____       Nolo Contendere _____

_✓_____ Demands Trial by Jury        _____ Waives Jury Trial
                                         Deft agrees _____
                                         Govt agrees _____

---

### BAIL

Bail Set at: Detention By: JTK  Date: 3-4-21
(bond revoked)

Bail Changed to: _____ By: _____  Date: _____

---

Number of Days estimated for Trial: **4 days**
Estimated Trial Date: **3/28/2022 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: __video__.

DATE: __3/15/2022__              SO ORDERED: _____
                                        U.S. MAGISTRATE JUDGE