IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 4:19CR00212 JM |
| ) | |
| KESHAWN BOYKINS ) | |
|     aka "Turbo Hefner" ) | |

**UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT TRIAL TESTIMONY FROM FBI FORENSIC EXAMINER LAYNE GIMNICH**

The United States of America, by Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Benecia B. Moore, Assistant United States Attorney, for its notice, respectfully states:

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides notice to defendant of the United States' intent to introduce expert testimony from FBI Forensic Examiner Layne Gimnich. Mr. Gimnich will testify concerning his forensic examination, including the forensic tools used, of the electronic devices seized from the defendant. A copy of Mr. Gimnich's CV has been provided to defense counsel and is attached hereto as Exhibit A.

    Respectfully submitted,

    JONATHAN D. ROSS
    UNITED STATES ATTORNEY

    BENECIA B. MOORE
    Assistant United States Attorney
    AR Bar No. 2006050
    Post Office Box 129
    Little Rock, AR 72201
    501-340-2600 phone
    Benecia.Moore@usdoj.gov