**Layne D. Gimnich**
Page 1 of 2

# CURRICULUM VITAE



## Layne D. Gimnich

Federal Bureau of Investigation
Computer Analysis Response Team
Little Rock, Arkansas
PHONE: 501-221-9100
FAX: 501-228-8509

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| June 2018 – Present | **IT Specialist – Forensic Examiner**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |
| March 2017 – June 2018 | **IT Specialist – Forensic Examiner in Training**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |
| April 2013 – March 2017 | **Digital Extraction Technician**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |
| Feb 2012 – March 2017 | **Operational Support Technician**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |
| March 2010 – March 2017 | **Computer Analysis Response Team – Tech**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |
| Sept 2009 – Feb 2012 | **Support Services Technician**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |
| July 2009 – March 2010 | **Computer Analysis Response Team – Tech in Training**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |
| Sept 2008 – Sept 2009 | **Support Services Clerk**<br>Federal Bureau of Investigation<br>Little Rock, Arkansas |

## EDUCATION

| | |
|---|---|
| Aug 2011 – June 2015 | **University of Maryland University College**<br>Bachelor's Degree in Cybersecurity |
| Aug 2007 – May 2011 | **University of Central Arkansas**<br>Conway, Arkansas |
| Aug 2006 – May 2007 | **Arkansas Tech University**<br>Russellville, Arkansas |

**Layne D. Gimnich**
**Page 2 of 2**

## FORENSIC EXAMINATIONS

- Examined over 750 pieces of digital media in the support of over 150 cases since 2009
- Participated in the execution of over 65 search warrants, search and seizure operations, and field examinations

## PROFESSIONAL TRAINING

- CART Moot Court
- CART Digital Forensic Examiner Capstone
- CART Cyber Boot Camp
- Basic Mobile Devices
- SANS500 Windows Forensic Analysis
- BlackBag Essential Forensic Techniques I
- Linux Command Line
- CART File Systems Basic
- CART Intermediate OS/Web Artifacts
- Introduction to Macintosh Systems
- Introduction to Mobile Devices
- CART Digital Forensic Examiner I
- First Responder for Cyber Investigations
- Computer Analysis Response Team (CART) Basic Tools
- Exploiting Mobile Communications
- Digital Extraction Technician (DExT) Practicals
- CART Tech Practicals
- Cell Phone Investigative Kiosk and Loose Media Kiosk Course
- Operational Response and Investigative Online Network (ORION) Facilitator's Course
- Case Agent Investigative Review (CAIR) Course

## CERTIFICATIONS & AWARDS

| Date | Certification |
|---|---|
| February 2018 | CompTIA A+ Certified |
| September 2017 | GIAC Certified Forensic Examiner |
| July 2017 | FBI CART Mobile Device Certification |
| June 2017 | FBI CART Macintosh Certification |
| June 2017 | FBI CART Linux Command Line Certification |
| June 2017 | AccessData Certified Examiner |
| April 2013 | FBI Digital Extraction Technician Authorization |
| March 2010 | FBI CART Tech Certification |
| October 2009 | FBI CART Imaging Competency Certification |