## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                           **Plaintiff**

**v.**                    **Case No.: 4:19–cr–00212–JM**

**Keshawn Boykins**                                                                    **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Pretrial Conference has been set in this case for March 24, 2022, at 11:30 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

| | |
|---|---|
| **DATE:**  March 22, 2022 | AT THE DIRECTION OF THE COURT<br>TAMMY H. DOWNS, CLERK |
| | **By:**  Kacie O. Glenn, Deputy Clerk |

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas