IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 4:19CR00212 JM |
| | ) | |
| KESHAWN BOYKINS | ) | |
|    aka "Turbo Hefner" | ) | |

**UNITED STATES' NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 902**

The United States of America, by Jonathan D. Ross, United States Attorney for the

Eastern District of Arkansas, and Benecia B. Moore, Assistant United States Attorney, for its

notice pursuant to Federal Rule of Evidence 902 states:

The United States seeks to offer the following records into evidence at trial without a live

witness as provided by Federal Rule of Evidence 902(11-13):

1. Records received from Pleasant Pointe Apartments regarding the rent roll.

2. Records received from Instagram regarding user and just1turbo.

3. Records received from Google regarding email address keshawnboykins@gmail.com.

4. Security video footage received from Walmart for October 12, 2018.

5. Records received from Apple regarding Apple ID keshawnboykins@icloud.com.

6. Records received from Tracfone regarding subscriber information for (501) 414-
   1485.

7. Records received from Instagram regarding search warrant for user just1turbo.

8. Records received from Instagram regarding user taegracie.

9. Records received from Seeking Arrangements regarding users londonwilliams23 and
   sweetlondon94.

JONATHAN D. ROSS
United States Attorney

Benecia B. Moore (AR Bar 2006050)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
(501)340-2600
Benecia.Moore@usdoj.gov