**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| v.   Case No.: 4:19–cr–00212–JM | |
| **Keshawn Boykins** | **Defendant** |

## NOTICE OF VIDEO HEARING

    PLEASE take notice that a Change of Plea (Video) has been set by videoconference in this case for March 24, 2022, at 01:30 PM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** March 24, 2022                     AT THE DIRECTION OF THE COURT
                                                                         TAMMY H. DOWNS, CLERK

                                                                         **By:**  Cory D. Wilkins, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas