No. 4:19CR000212-JM

## Motion for Continuance
### To Seek private counsel

I, Keshawn Boykins on this day of March, 25, 2022. Would like to file a motion to Seek Private Counsel, Due to the fact my Attorney has represented me thus far ineffectively. And he has been trying to pressure me into signing a plea for about the last 5 days before trial, And this is my life and I know he hasn't Prepared a defense on my behalf of any sort

_K— B—_       3/25/2022

2:37 p.m.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 25 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK