Case No. **4:19-cr-00212-JM-01**

Style: **United States v. Keshawn Boykins**

# JURY TRIAL MINUTES

Jury Trial held March 28, 2022, through March 30, 2022, in Little Rock, Arkansas, before United States Judge James M. Moody Jr.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**  JUDGE: James M. Moody Jr.
    Represented by Kristin Bryant/Benecia Moore  COURT REPORTER: K. Dellinger/E. Hinson
    CRD: Kacie Glenn

v.  Case No. **4:19-cr-00212-JM-01**

**KESHAWN BOYKINS**
    Represented by Mark Jesse

### JURY TRIAL MINUTES

| TIME | DAY 1, Monday, March 28, 2022 (Court Reporter: Karen Dellinger) |
|---|---|
| 8:34 | Government not present; after discussions with counsel and the defendant, the defendant withdraws his motion for new counsel (Doc No. 82) |
| 8:48 | Government enters; Court addresses pretrial matters with counsel; Government's Motion in Limine (Doc. No. 77) granted for the reasons stated on the record; Government's exhibits 1A-1B, 1D-1O, 2, 3A-3B, 4-4U22, 5-5G1, 6, 7, 8A-8B, 9A-9C, 10A-10D, 11, 12 received by stipulation |
| 9:16 | Court in recess |
| 10:06 | Court addresses the Government's Intent to Call Expert; the Court allows expert to testify |
| 10:20 | Court in recess |
| 10:48 | Court in session in the presence of the jury panel; 31 names called; Court informs panel of case before it and procedures for jury selection;Court reads case summary; Voir dire by Court |
| 11:42 | Voir dire by Government |
| 11:54 | Voir dire by Defendant |
| 12:20 | Court in recess for peremptory strikes |
| 12:36 | Jury of 12 and 1 alternate seated and sworn |
| 12:41 | Court reads preliminary instructions to jury |
| 12:55 | Court in recess for lunch |

| TIME | DAY 1, continued (Court Reporter: Elaine Hinson) |
|---|---|
| 1:57 | Jury enters; Opening statements by Government and Defendant |
| 2:17 | Government calls witness no. 1 |
| 2:52 | Government calls witness no. 2; Government's exhibit 1C1 received into evidence |
| 3:53 | Jury excused for the day, directed to report back at 9:00a.m. Tuesday |
| 3:55 | Court in recess for the day |

| TIME | DAY 2, Tuesday, March 29, 2022 (Court Reporter: Karen Dellinger) |
|---|---|
| 8:57 | Jury enters; Government calls witness no. 3 |
| 10:13 | Government calls witness no. 4 |
| 10:30 | Court in recess |
| 10:50 | Jury enters; direct examination of witness no. 4 continues |
| 11:47 | Court in recess for lunch |

| TIME | DAY 2, continued (Court Reporter: Elaine Hinson) |
|---|---|
| 1:11 | Jury enters; direct examination of witness no. 4 continues |
| 2:05 | Jury excused; Court in recess |
| 2:28 | Court in session outside the presence of the jury; Government rests; Court denies Defendant's motion for Directed Verdict; Defendant rests; Defendant's motion renewed; motion denied |
| 2:12 | Jury enters; Government rests in the presence of the jury; Defendant rests in the presence of the jury |
| 2:30 | Jury release for the day; directed to report back at 9:00a.m. Wednesday |
| 2:30 | Court in session outside the presence of the jury; Court reviews jury instructions and verdict form |
| 2:50 | Court in recess for the day |

| TIME | DAY 3, Wednesday, March 30, 2022 (Court Reporter: Elaine Hinson) |
|---|---|
| 8:36 | Court in session outside the presence of the jury; counsel discuss jury instructions and verdict form with the Court |
| 8:56 | Jury enters; Court reads jury instructions to jurors |
| 9:19 | Closing arguments by Government |
| 10:11 | Closing arguments by Defendant |
| 10:27 | Rebuttal argument by Government |
| 10:39 | Court reads final jury instructions |
| 10:45 | CSO sworn; jurors retire for deliberations |
| 12:00 | Jurors served lunch |
| 1:46 | Court in session; jury returns to courtroom with a verdict; jury finds Defendant Keshawn Boykins <u>guilty</u> on Counts 1sss, 2sss, 3sss, and 4sss of the Third Superseding Indictment; Defendant remanded to the custody of the USMS pending sentencing |
| 1:49 | Jury excused from further service |
| 1:50 | Court adjourned |