IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00212 JM |
| | ) | |
| KESHAWN BOYKINS | ) | |

**VERDICT FORM**

**COUNT 2**

On the charge of distribution of child pornography, as set out in Count 2 of the Third Superseding Indictment, we, the jury, find the Defendant, KESHAWN BOYKINS:

_____Guilty_____
("Guilty" or "Not Guilty")

FOREPERSON

3/30/22
DATE