IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 3 0 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA )
)
v. ) No. 4:19CR00212 JM
)
KESHAWN BOYKINS )

## VERDICT FORM

### COUNT 3

On the charge of sex trafficking by force, fraud, or coercion, as set out in Count 3 of the Third Superseding Indictment, we, the jury, find the Defendant, KESHAWN BOYKINS:

_Guilty_
("Guilty" or "Not Guilty")

FOREPERSON

3/30/22
DATE