IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 3 0 2022

TAMMY H. DOWNS, CLERK
By: _____
                       DEP CLERK

UNITED STATES OF AMERICA            )
                                    )
v.                                  )   No. 4:19CR00212 JM
                                    )
KESHAWN BOYKINS                     )

## VERDICT FORM

### COUNT 4

On the charge of production of child pornography, as set out in Count 4 of the Third Superseding Indictment, we, the jury, find the Defendant, KESHAWN BOYKINS:

_____Guilty_____
("Guilty" or "Not Guilty")

_____
FOREPERSON

3/30/22
DATE