IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00212 JM |
| | ) | |
| KESHAWN BOYKINS | ) | |

MOTION FOR LEAVE TO SPEAK WITH JURORS

Comes now the United States of America, by and through its counsel, Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Kristin Bryant and Benecia Moore, Assistant U.S. Attorneys, and for its motion, respectfully requests that the Court grant leave for counsel to contact the members of the jury in this case and speak with them if the jurors are willing to do so.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

By: KRISTIN BRYANT
Assistant U.S. Attorney
Bar No. 2009156
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
kristin.bryant@usdoj.gov