# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                          No. 4:19-cr-00212-JM-1

KESHAWN BOYKINS                          DEFENDANT

## **ORDER**

On March 30, 2022, the jury returned guilty verdicts on all counts of the indictment as to defendant Keshawn Boykins. The government has now filed a motion for leave to speak with jurors pursuant to Local Rule 47.1 of the Eastern District of Arkansas. The motion is GRANTED. Doc. No. 93.

IT IS THEREFORE ORDERED that the Jury Administrator is directed to send a letter of inquiry to each of the jurors sitting on this case to determine if they wish to be contacted. The names and telephone numbers of those who have indicated they have no objection to being contacted will be provided to attorneys for both parties as soon as the responses have been received.

The attorneys may contact the jurors whose names and phone numbers are provided in this matter but no others.

IT IS SO ORDERED this 14th day of April, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE