## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                          **Plaintiff**

**v.**                                      **Case No.: 4:19–cr–00212–JM**

**Keshawn Boykins**                                                          **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Sentencing has been set in this case for July 7, 2022, at 11:00 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 8, 2022                          AT THE DIRECTION OF THE COURT
                                                            TAMMY H. DOWNS, CLERK


                                                **By:**  Kacie O. Glenn, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas