## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                          **Plaintiff**

**v.**                          Case No.: 4:19–cr–00212–JM

**Keshawn Boykins**                                                                   **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that the Sentencing has been rescheduled in this case for August 5, 2022, at 10:00 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 30, 2022                            AT THE DIRECTION OF THE COURT
                                                                                     TAMMY H. DOWNS, CLERK

                                                                                    **By:** Kacie O. Glenn, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas