(Post 9/2015)

# United States District Court
## *for the Eastern District of Arkansas*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 2 2022

TAMMY H. DOWNS, CLERK

By: _____
DEP'CLERK

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                    Case No. *0860   4:19CR~~302~~212 -001*

*Keshawn Boykins*                                                DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that *Keshawn Boykins* appeals to the United States Court of
Appeals for the Eighth Circuit from the: ☐ Judgment & Commitment ☑ Order *Conviction*
                                                                            (Specify)
entered in this action on *August 12 2022*

_____          _____
Signature of Defendant's Counsel          Typed Name of Defendant's Counsel

_____          _____
Street Address          Room Number       Telephone Number

_____          _____
City          State          Zip          Date

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the

following on this ___*12*___ day of _*August*_ , 20*22*.

_____
Signature of Defendant's Counsel

*Keshaun Boykins*