Date: March 2, 2023

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 13 2023

Subject: Document Request
Re: Case No. 4:19CR00212JM

2023 MAR -7  A 9: 52

TAMMY H. DOWNS, CLERK

TAMMY, By: _____  DEP CLERK

Dear Honorable Clerk:

I am writing to request copies of the following documents from my case. I have also attached a copy of a Finanical Affidavit with this letter.

Please provide me with (check all that apply):

- [x] Court Docket Sheet
- [x] Judgement
- [ ] Plea Agreement
- [x] Sentencing Transcript(s)

Please mail the above selected documents to me at the address exactly as shown below. Also, right above my name the address should read:

**LEGAL MAIL**
**OPEN IN THE PRESENCE OF THE ADDREESSEE ONLY**

Without the above being placed on the face of your envelope, the mailroom staff will not treat my mail as "Legal Mail" – regardless of where/who it I mailed from.

Thank you for your time and service.

With kind regards, I am

Cordially,

Printed name: Keshawn Boykins
Register No. 326-85-009
Institution: Pollock Medium
Address: P.O. Box 4050
Pollock, La. 71467

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 32685009 | Current Institution: | Pollock USP |
| Inmate Name: | BOYKINS, KESHAWN | Housing Unit: | POM-E-D |
| Report Date: | 02/27/2023 | Living Quarters: | E04-121U |
| Report Time: | 1:20:07 PM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1324 |
| PAC #: | 389016275 |
| Revalidation Date: | 16th |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 9/14/2022 |
| Local Account Activation Date: | 9/15/2022 3:13:29 AM |
| Sort Codes: | |
| Last Account Update: | 2/26/2023 9:29:13 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll      ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.85 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.85 |

National 6 Months Deposits:  $1,158.15
National 6 Months Withdrawals:  $1,157.30
Available Funds to be considered for IFRP Payments:  $708.15
National 6 Months Avg Daily Balance:  $45.35
Local Max. Balance - Prev. 30 Days:  $156.00
Average Balance - Prev. 30 Days:  $58.17

## Commissary History

### Purchases

Validation Period Purchases:  $0.00
YTD Purchases:  $950.30
Last Sales Date:  2/14/2023 10:19:52 AM

### SPO Information

SPO's this Month:  0
SPO $ this Quarter:  $0.00

### Spending Limit Info

Spending Limit Override:  No
Weekly Revalidation:  No
Bi-Weekly Revalidation:  No
Spending Limit:  $360.00
Expended Spending Limit:  $0.00
Remaining Spending Limit:  $360.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit:  $0.00
Restricted Expended Amount:  $0.00
Restricted Remaining Spending Limit:  $0.00
Restriction Start Date:  N/A
Restriction End Date:  N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: