IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS. 4:19-CR-00212-01-JM

KEYSHAWN BOYKINS

## ORDER

Defendant's Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 102) is GRANTED.

Defendant's motion for copies (Doc. No. 105) is GRANTED IN PART and DENIED IN PART.  Accordingly, the Clerk of the Court is directed to send him a copy of the docket sheet and the judgment.[1]  If Defendant wants copies of transcripts, he should contact the court reporter regarding the estimated cost of the transcript.  Her contact information is:

> Ms. Karen Dellinger
> Richard Sheppard Arnold Courthouse
> 500 West Capitol Ave, Rm. C412
> Little Rock, AR 72201
> 501-604-5125
> Karen_Dellinger@ared.uscourts.gov

IT IS SO ORDERED, this 4th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 99.