IN THE UNTIES STATES DISTRICT COURT
EASTERN DISTICT OF ARKANSAS
CENTRAL DIVSON

UNITED STATES OF AMERICA

VS             Case No. 4:19-cr000212-JM

KESHAWN BOYKINS

### MOTION TO SUBSTITUTE AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL

Comes now the Defendant Keshawn Boykins by and through his counsel Jimmy C. Morris, Jr and for his Motion for Substitution of Counsel states:

1. Defendant's counsel of record presently is Mark Alan Jesse.

2. Counsel was recently retained to represent Defendant in this cause.

WHEREFORE, Defendant prays that the Court enter an Order substituting as counsel, Jimmy C. Morris, Jr and relieving Mark Alan Jesse as counsel of record for the Defendant in this cause.

Respectfully Submitted,

Jimmy C. Morris, Jr ARBN 2007134
221 W. 2nd Street, Suite 630
Little Rock, AR 72201
P | 501 319-7647
F | 501 423-2000
Email: j.c.morrisatty@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 4/25/2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark Alan Jesse
The Jesse Law Firm, P.L.C.
425 West Broadway, Ste. E.
North Little Rock, AR 72114

Benecia Betton Moore
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-