# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8　　　　　　　**DATE:** 4/27/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 23-1652

**DISTRICT COURT NO.** 4:19-cr-00212-JM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

　Volume and Date: [116] Sealed Transcript
　Volume and Date: [117] - [118] and [120] Jury Trial vols 1-3
　Volume and Date: [119] Sentencing Hearing

In Camera Documents

　Copies of Presentence Investigation Report, Statement of Reasons,
　[73] Sealed Motion, [76] Sealed Document

Exhibits

　Plaintiff(s) _____
　Defendant(s) _____
　Joint _____

**COMMENTS:**

*************************************************************************
**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
　　Deputy Clerk